Eastern District of Kentucky
FILED
NOV 10 2005
AT COVINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

| | |
|---|---|
| BRUCE W. JACKSON, | CASE NO. 05-CV-00020-WOB |
| Plaintiff, | JUDGE Bertelsman |
| vs. | |
| CARDINAL HILL OF NORTHERN KENTUCKY, | STIPULATED DISMISSAL WITH PREJUDICE |
| Defendant. | |

### STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Bruce W. Jackson and Defendant Cardinal Hill of Northern Kentucky, by their undersigned counsel, hereby stipulate that this Action shall be dismissed with prejudice. Each party shall pay its own court costs and attorneys' fees.

_____
Eric C. Deters (81812)
5247 Madison Pike
Independence, Kentucky 41051
Phone: (859) 363-1900
e-mail: eric@ericdeters.com

Trial Attorney for Plaintiff
Bruce W. Jackson

_____
Michael W. Hawkins (82949)
Charles S. Crase (Ohio No. 0078114)
Dinsmore & Shohl LLP
1900 Chemed Center
255 E. Fifth Street
Cincinnati, OH 45202
Phone: 513-977-8200
Fax: 513-977-8141
e-mail: michael.hawkins@dinslaw.com
shane.crase@dinslaw.com

Trial Attorneys for Defendant
Cardinal Hill of Northern Kentucky

1204243v1